

1    DAVID S. BLOCH (State Bar No. 184530)
     JOHN A. LEE (State Bar No. 229911)
2    McDERMOTT WILL & EMERY LLP
     3150 Porter Drive
3    Palo Alto, CA  94304-1212
     Telephone:     650-813-5000
4    Facsimile:     650-813-5100

5    Attorneys for Plaintiff
     DIOPTICS MEDICAL PRODUCTS, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10            **C 06 2643**

11    DIOPTICS MEDICAL PRODUCTS, INC.,      CASE NO. _____
     a California corporation,
12

13             Plaintiff,

     v.
14

15    BEI FRANCHISING, INC.,
     a Michigan corporation,
16

            Defendant.
17

**COMPLAINT FOR TRADEMARK
INFRINGEMENT, TRADEMARK
CANCELLATION, AND UNFAIR
COMPETITION**

**DEMAND FOR JURY TRIAL**

18        Plaintiff Dioptics Medical Products, Inc. claims for relief against defendant BEI

19    Franchising, Inc., as follows:

20                     **PARTIES**

21        1.      Dioptics is, and at all times material hereto was, a corporation organized and

22    existing under the laws of the State of California with its principal place of business in San Luis

23    Obispo, California.

24        2.      On information and belief, BEI Franchising was and is a corporation organized

25    and existing under the laws of the State of Michigan with its principal place of business in

26    Kalamazoo, Michigan.

27

28

MPK 96886-1.070302.0010

                  **COMPLAINT FOR TRADEMARK
INFRINGEMENT AND CANCELLATION**

1

**JURISDICTION AND VENUE**

2
3. The court's jurisdiction arises under 28 U.S.C. §§1331 and 1332. The court has

3
subject matter jurisdiction pursuant to the Lanham Act, 15 U.S.C. §§ 1051 *et seq.* The court has

4
subject matter jurisdiction over the cancellation pursuant to 15 U.S.C. § 1119, see *Informix*

5
*Software v. Oracle*, 927 F. Supp. 1283, 1286-87 (N.D. Cal. 1986).

6
4. Venue is proper in this federal district pursuant to 28 U.S.C. §§ 1391(b)-(c) and

7
1400(b) in that, on information and belief, BEI Franchising is a franchisor that offers to enter

8
franchise agreements or relationships nationwide and in this judicial district. Further, BEI

9
Franchising operates an interactive website accessible in this judicial district at

10
www.beipolarclips.com advertising BEI Franchising's products and franchise opportunities to

11
persons nationwide and in this judicial district. Said website includes acts of infringement and

12
offers for sale of infringing goods and services accessible in California and in this judicial district.

13

**INTRADISTRICT ASSIGNMENT**

14
5. This is an intellectual property action. It should be assigned on a district-wide

15
basis in accordance with Local Rule 3-2.

16

**INFRINGEMENT OF THE DIOPTICS MARKS**

17
6. Dioptics is the owner of several registered trademarks incorporating "Polar" in

18
Trademark International Classification Code 009. These include Registration Numbers 2,148,491

19
("POLAR-EYES") (Ex. A), 2,759,604 ("POLAROPTICS") (Ex. B), 2,759,616 ("POLAR

20
SHIELD") (Ex. C), 2,677,292 ("POLARTX") (Ex. D), 2,849,220 ("POLAR AB") (Ex. E),

21
2,849,473 ("POLARAMIC") (Ex. F), 2,849,474 ("POLARPERFECT") (Ex. G), 2,902,377

22
("POLARXTREME") (Ex. H), 3,021,936 ("POLARA") (Ex. I), and 3,030,416 ("POLARÉ") (Ex.

23
J). A true and correct copy of the registrations for POLAR-EYES, POLAROPTICS, POLAR

24
SHIELD, POLARTX, POLAR AB, POLARAMIC, POLARPERFECT, and POLAR EXTREME

25
are attached hereto as Exhibits A-H. A true and correct copy of a USPTO Trademark Electronic

26
Search System search showing Dioptics's  POLARA and POLARÉ registrations are attached

27
hereto as Exhibits I and J.

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1    7.    Dioptics also is the applicant of record concerning several additional marks

2  incorporating "Polar" in Trademark International Classification Code 009.  These consist of

3  Application Serial Numbers 78/310,612 ("POLARWRAP") (Ex. K) and 78/310,631

4  ("POLARCOMFORT") (Ex. L).  A true and correct copy of a USPTO Trademark Electronic

5  Search System search showing Dioptics's  POLARWRAP and POLARCOMFORT registrations

6  are attached hereto as Exhibits K and L.

7    8.    Dioptics also owns common-law rights in a variety of marks incorporating

8  "Polar."  These consist of "SolarShield Polarized," used in connection with Dioptics's line of

9  sunglasses and eyewear products.

10    9.    All of Dioptics's foregoing registered, applied-for and common law marks,

11  collectively, are referred to herein as the "Dioptics Marks."

12    10.    The earliest registered Dioptics Mark, POLAR-EYES, Reg. No. 2,148,491, dates

13  to 1998.

14    11.    Dioptics has expended substantial resources to advertise and promote the sale of

15  sunglasses and other eyewear products under the Dioptics Marks.  By reason of this

16  advertisement, sale, offering for sale, promotion and use of the Dioptics Marks, the Dioptics

17  Marks have come to be recognized as signifying Dioptics and Dioptics's products and services.

18  Dioptics has built up extensive goodwill in the Dioptics Marks.  Indeed, since 1979, Dioptics has

19  sold over 50 million products using one or more of the Dioptics Marks.

20    12.    Notwithstanding Dioptics's prior rights in and to the Dioptics Marks, BEI

21  Franchising has advertised, sold, offered for sale, promoted, and used the marks POLAR CLIPS,

22  Reg. No. 2,867,496 (Ex. M), BEI POLAR CLIPS , Reg. No. 2,880,072 (word mark) (Ex. N), and

23  BEI POLAR CLIPS, Application Serial No. 78/671,357 (graphic mark) (Ex. O) (collectively, the

24  "BEI Marks"), in the same Trademark International Classification Code 009 as the Dioptics

25  Marks connection with sunglasses and other eyewear products.  A true and correct copy of BEI's

26  registrations are attached hereto as Exhibits M and N.   A true and correct copy of the USPTO

27  Trademark Electronic Search System search showing applications for the BEI Mark is attached

28  hereto as Exhibit O.

**COMPLAINT FOR TRADEMARK
INFRINGEMENT AND CANCELLATION**

1    13.    BEI Franchising's use of the BEI Marks in connection with its products is

2  confusingly similar to the previously used and not abandoned Dioptics Marks.  BEI Franchising's

3  use of the BEI Marks in connection with sunglasses or other eyewear is calculated and likely to

4  cause confusion among purchasers concerning the source, ownership, or sponsorship of the goods

5  being sold by Dioptics and BEI Franchising.  Such conduct will seriously damage Dioptics, its

6  business, and its goodwill.

### INFRINGEMENT OF THE DIOPTICS MARKS

8    14.    Dioptics incorporates Paragraphs 6 through 13 by reference.

9    15.    Dioptics duly and legally filed for the Dioptics Marks beginning in 1998.  Dioptics

10  uses the Dioptics Marks in connection with certain of its fit-over and clip-on sunglass styles.

11    16.    BEI Franchising's sale of clip-on sunglasses under the BEI Marks is in violation of

12  the trademark laws of the United States and infringes the Dioptics Marks pursuant to 15 U.S.C.

13  §§ 1114, 1115, and 1125.  The defendant's acts of infringement are likely to cause confusion,

14  mistake and to deceive others as to the affiliation, connection, and/or association of its products

15  with Dioptics's products.

16    17.    By reason of BEI Franchising's wrongful acts, Dioptics has and will continue to

17  suffer damages to its business, reputation and goodwill.  Dioptics believes these damages will

18  continue until such time as the defendant is enjoined from its wrongful conduct.

19    18.    Dioptics is entitled to enjoin the defendant's acts of infringement pursuant to 15

20  U.S.C. § 1116.  Dioptics alleges on information and belief that BEI Franchising will not

21  discontinue its acts of infringement unless and until ordered to do so by this Court.  Dioptics has

22  no adequate remedy at law.

### PETITION FOR DECLARATION CANCELING THE REGISTERED BEI MARKS

24    19.    Dioptics incorporates paragraphs 6 through 13 by reference.

25    20.    Dioptics duly and legally filed for the Dioptics Marks beginning in 1998.  Dioptics

26  uses the Dioptics Marks in connection with certain of its fit-over and clip-on sunglass styles.

27    21.    The BEI Marks are confusingly similar to the pre-existing Dioptics Marks, and

28  therefore should not have been registered by the United States Trademark Office.

22. BEI Franchising's sale of clip-on sunglasses under the BEI Marks is in violation of the trademark laws of the United States and infringes the Dioptics Marks pursuant to 15 U.S.C. §§ 1114, 1115, and 1125. The defendant's acts of infringement are likely to cause confusion, mistake and to deceive others as to the affiliation, connection, and/or association of its products with Dioptics's products.

23. Accordingly, the BEI Marks should not have been registered. The registered BEI Marks should be canceled and the pending applications denied registration pursuant to 15 U.S.C. § 1119.

## UNFAIR COMPETITION – BUS. & PROF. CODE § 17200

24. Dioptics incorporates paragraphs 6 through 13 by reference.

25. BEI Franchising, by engaging in the conduct described herein, in the past has engaged in, and is currently committing and engaging in, unfair and unlawful business acts and practices, as defined in California Business and Professions Code Section 17200 *et seq.*

26. BEI Franchising's conduct has harmed and confused Dioptics and the general public. The harm to Dioptics outweighs the utility of BEI Franchising's acts and practices.

27. As a direct and proximate result of BEI Franchising's unfair competition, Dioptics has suffered injury to its business.

## UNFAIR COMPETITION – LANHAM ACT

28. Dioptics incorporates paragraphs 6 through 13 by reference.

29. BEI Franchising, by engaging in the conduct described herein, in the past has engaged in, and is currently committing and engaging in, unfair and unlawful business acts and practices, as defined in Section 43 of the Lanham Act, Title 15, U.S. Code.

30. BEI Franchising, Inc.'s conduct has harmed and confused Dioptics and the general public. The harm to Dioptics outweighs the utility of BEI Franchising's acts and practices.

31. As a direct and proximate result of BEI Franchising's unfair competition, Dioptics has suffered injury to its business.

## PRAYER FOR RELIEF

**COMPLAINT FOR TRADEMARK INFRINGEMENT AND CANCELLATION**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1    WHEREFORE, Dioptics Medical Products, Inc. requests entry of judgment in its favor

2  and against BEI Franchising as follows:

3    (a)    Declaring that BEI Franchising has infringed the Dioptics Marks;

4    (b)    Preliminarily and permanently enjoining BEI Franchising, its officers, agents,

5  employees, and those acting in privity with them, from further infringement and/or contributory

6  infringement of the Dioptics Marks, and from engaging in further acts of unfair competition;

7    (c)    Enjoining, pursuant to 15 U.S.C. § 1116, and restraining BEI Franchising and its

8  officers, agents, employees, and those acting in privity with them, from directly or indirectly

9  using the BEI Marks, or any other mark, word, or name similar to the Dioptics Marks which is

10  likely to cause confusion, mistake or to deceive;

11    (d)    Canceling the registration of POLAR CLIPS, Reg. No. 2,867,496, and BEI

12  POLAR CLIPS, Reg. No. 2,880,072, and blocking the registration of BEI POLAR CLIPS,

13  Application Serial No. 78/671,357.

14    (e)    Awarding damages according to proof; and

15    (f)    Granting such other and further relief as the Court may deem just and proper.

16  Dated: April 19, 2006                    Respectfully Submitted,

17                                           McDermott Will & Emery LLP

18

19                                           By:

20                                              David S. Bloch
                                                John A. Lee

21                                              Attorneys for Plaintiff
22                                              DIOPTICS MEDICAL PRODUCTS, INC.

23

24

25

26

27

28

**COMPLAINT FOR TRADEMARK
INFRINGEMENT AND CANCELLATION**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1

## DEMAND FOR JURY TRIAL

2      Plaintiff DIOPTICS MEDICAL PRODUCTS, INC. hereby demands a trial by jury on all

3   issues properly triable to a jury in this action.

4

Dated: April 19, 2006                        Respectfully submitted,

5

6                                            McDermott Will & Emery LLP

7

By:_____

8                                            David S. Bloch
                                             John A. Lee

9

10                                           Attorneys for Plaintiff
                                             DIOPTICS MEDICAL PRODUCTS, INC.

11

## CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

12

13      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

14   named parties, there is no such interest to report.

15

Dated:  April 19, 2006                       Respectfully submitted,

16                                           McDermott Will & Emery LLP

17

18                                           By:_____

19                                           David S. Bloch
                                             John A. Lee

20

21                                           Attorneys for Plaintiff
                                             DIOPTICS MEDICAL PRODUCTS, INC.

22

23

24

25

26

27

28

MPK 96886-1.070302.0010

**COMPLAINT FOR TRADEMARK
INFRINGEMENT AND CANCELLATION**

# EXHIBIT A



1357174

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**August 18, 2005**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,148,491* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *April 07, 1998*
SECTION 8
SAID RECORDS SHOW TITLE TO BE IN:
   *DIOPTICS MEDICAL PRODUCTS, INC.*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

M. K. CARTER
Certifying Officer



Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,148,491
Registered Apr. 7, 1998

## TRADEMARK
### PRINCIPAL REGISTER



UNIQUE VISUAL CONCEPTS, INC. (OKLAHO-
MA CORPORATION)
515 SOUTH WILEY
FORT GIBSON, OK 74434

FOR: POLARIZED EYEGLASSES AND PO-
LARIZED CONTACT LENSES FOR KIDS OR
ADULTS' SUNGLASSES, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 6–15–1995; IN COMMERCE
6–15–1995.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "POLARIZE", APART FROM
THE MARK AS SHOWN.

SER. NO. 74–701,707, FILED 7–17–1995.

FRANCES G. SMITH, EXAMINING ATTOR-
NEY

# EXHIBIT B



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 18, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,759,604 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *September 02, 2003*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P.  SWAIN

Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,759,604
Registered Sep. 2, 2003

### TRADEMARK
#### PRINCIPAL REGISTER

## POLAROPTICS

DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE
SAN LUIS OBISPO, CA 93401

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 2-1-2003; IN COMMERCE 2-1-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "POLAR", APART FROM THE
MARK AS SHOWN.

SN 76-221,274, FILED 3-8-2001.

ALICE SUE CARRUTHERS, EXAMINING ATTOR-
NEY

# EXHIBIT C



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 18, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,759,616 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM  September 02, 2003
SAID RECORDS SHOW TITLE TO BE IN:  Registrant

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

United States Patent and Trademark Office

Reg. No. 2,759,616
Registered Sep. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## POLAR SHIELD

DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE
SAN LUIS OBISPO, CA 93401

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 2-1-2003; IN COMMERCE 2-1-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "POLAR", APART FROM THE
MARK AS SHOWN.

SN 76-223,076, FILED 3-12-2001.

ALICE SUE CARRUTHERS, EXAMINING ATTOR-
NEY

# EXHIBIT D



1357174

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

United States Patent and Trademark Office

August 18, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,677,292 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *January 21, 2003*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



H. L. JACKSON

**Certifying Officer**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,677,292
Registered Jan. 21, 2003

### TRADEMARK
### PRINCIPAL REGISTER



DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE SUITE 150
SAN LUIS OBISPO, CA 93401

FOR: POLARIZED EYEGLASS LENSES FOR USE
IN SUNGLASSES AND CLIP-ON'S, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-2001; IN COMMERCE 12-0-2001.

SER. NO. 76-358,003, FILED 1-14-2002.

PATRICIA JUDD, EXAMINING ATTORNEY

# EXHIBIT E



1357174

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**

**United States Patent and Trademark Office**

**August 18, 2005**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,849,220* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *June 01, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
   *DIOPTICS MEDICAL PRODUCTS*
   *A CALIFORNIA CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

H. L.  JACKSON
Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,849,220

**United States Patent and Trademark Office**     Registered June 1, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# POLAR AB

DIOPTICS MEDICAL PRODUCTS (CALIFORNIA CORPORATION)
51 ZACA LANE SUITE 150
SAN LUIS OBISPO, CA 93401

FOR: POLARIZED EYEGLASS LENS FOR USE IN SUNGLASSES AND CLIPON SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2003; IN COMMERCE 5-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-108,230, FILED 2-12-2002.

TARAH HARDY, EXAMINING ATTORNEY

# EXHIBIT F



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

August 18, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,849,473* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *June 01, 2004*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,849,473
Registered June 1, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## POLARAMIC

DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE
SAN LUIS OBISPO, CA 93401

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 2-2-2004; IN COMMERCE 2-2-2004.

SN 78-172,731, FILED 10-9-2002.

HEATHER THOMPSON, EXAMINING ATTORNEY

# EXHIBIT G



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

August 18, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,849,474 IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *June 01, 2004*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



P. SWAIN
Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,849,474
Registered June 1, 2004

## TRADEMARK
PRINCIPAL REGISTER

## POLARPERFECT

DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE
SAN LUIS OBISPO, CA 93401

    FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 2-2-2004; IN COMMERCE 2-2-2004.

SN 78-172,735, FILED 10-9-2002.

HEATHER THOMPSON, EXAMINING ATTORNEY

# EXHIBIT H



1357174

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**August 18, 2005**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,902,377* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 09, 2004*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,902,377
Registered Nov. 9, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## POLARXTREME

DIOPTICS MEDICAL PRODUCTS, INC. (CALI-
FORNIA CORPORATION)
51 ZACA LANE
SAN LUIS OBISPO, CA 93401

FOR: READING GLASSES, SUNGLASSES, CLI-
PON SUNGLASSES, EYEGLASS CASES, EYEGLASS
CHAINS, EYEGLASS CORDS, EYEGLASS CLEAN-

ING KITS COMPRISED OF EYEGLASS CLEANING
CLOTHS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-1-2003; IN COMMERCE 8-1-2004.

SN 78-227,303, FILED 3-19-2003.

LINDA POWELL, EXAMINING ATTORNEY

# EXHIBIT I

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [        ] OR Jump to record: [        ] **Record 32 out of 132**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## POLARA

| | |
|---|---|
| **Word Mark** | POLARA |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Sunglasses. FIRST USE: 20050914. FIRST USE IN COMMERCE: 20050914 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78377353 |
| **Filing Date** | March 2, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 21, 2004 |
| **Registration Number** | 3021936 |
| **Registration Date** | November 29, 2005 |
| **Owner** | (REGISTRANT) Dioptics Medical Products, Inc. CORPORATION CALIFORNIA 51 Zaca Lane San Luis Obispo CALIFORNIA 93401 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

Case3:06-cv-02643-MMC    Document1    Filed04/19/06    Page34 of 52

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT J

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR Jump to record: [          ]  **Record 33 out of 132**

| TARR Status | ASSIGN Status | TDR | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

# POLARÉ

| | |
|---|---|
| **Word Mark** | POLARÉ |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Sunglasses. FIRST USE: 20050421. FIRST USE IN COMMERCE: 20050421 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78377345 |
| **Filing Date** | March 2, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 21, 2004 |
| **Registration Number** | 3030416 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Dioptics Medical Products, Inc. CORPORATION CALIFORNIA 51 Zaca Lane San Luis Obispo CALIFORNIA 93401 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |

Case3:06-cv-02643-MMC   Document1   Filed04/19/06   Page37 of 52

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT K



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

LOGOUT  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 36 out of 129**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | POLARWRAP |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Sunglasses, reading glasses, clip-on sunglasses, safety glasses, protective eyewear, eyeglass cases, eyeglass chains, eyeglass cords, eyeglass cleaning kits comprised of eyeglass cleaning cloths |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78310612 |
| **Filing Date** | October 7, 2003 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 27, 2005 |
| **Owner** | (APPLICANT) Dioptics Medical Products, Inc. CORPORATION CALIFORNIA 51 Zaca Lane, Suite 150 San Luis Obispo CALIFORNIA 93401 |
| **Prior Registrations** | 2148491;2217578;2677292;2759604;2759616;2849220;2849474;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT L



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout Please logout when you are done to release system resources allocated for you.

Start List At: [          ] OR Jump to record: [          ] **Record 35 out of 129**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | POLARCOMFORT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Sunglasses, reading glasses, clip-on sunglasses, safety glasses, protective eyewear, eyeglass cases, eyeglass chains, eyeglass cords, eyeglass cleaning kits comprised of eyeglass cleaning cloths. FIRST USE: 20050928. FIRST USE IN COMMERCE: 20050928 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 78310631 |
| **Filing Date** | October 7, 2003 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 6, 2004 |
| **Owner** | (APPLICANT) **Dioptics** Medical Products, Inc. CORPORATION CALIFORNIA 51 Zaca Lane, Suite 150 San Luis Obispo CALIFORNIA 93401 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Case3:06-cv-02645-MMC    Document1    Filed04/19/06    Page43 of 52

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT M



1444454

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

March 24, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,867,496* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *July 27, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
*BEI FRANCHISING, INC.*
*A MICHIGAN CORPORATION*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



Int. Cls.: 7, 9, and 35

Prior U.S. Cls.: 13, 19, 21, 23, 26, 31, 34, 35, 36, 38, 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,867,496
Registered July 27, 2004

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## POLAR CLIPS

PINTO PRODUCTS, INC. (MICHIGAN COR-
PORATION)
2525 MILLER ROAD
KALAMAZOO, MI 49001

FOR: MACHINE USED TO MANUFACTURE
CLIP-ON SUNGLASSES, IN CLASS 7 (U.S. CLS. 13,
19, 21, 23, 31, 34 AND 35).

FIRST USE 4-13-2004; IN COMMERCE 4-13-2004.

FOR: CLIP-ON SUNGLASSES, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

FOR: RETAIL OUTLETS FEATURING CLIP-ON
SUNGLASSES, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CLIPS", APART FROM THE MARK
AS SHOWN.

SN 76-461,796, FILED 10-21-2002.

ANN LINNEHAN, EXAMINING ATTORNEY

# EXHIBIT N



1444454

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

March 24, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,880,072* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 31, 2004*

SAID RECORDS SHOW TITLE TO BE IN:
  *BEI FRANCHISING, INC.*
  *A MICHIGAN CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

W. MONTGOMERY
Certifying Officer



Int. Cls.: 7, 9, and 35

Prior U.S. Cls.: 13, 19, 21, 23, 26, 31, 34, 35, 36, 38, 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 2,880,072
Registered Aug. 31, 2004

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## BEI POLAR CLIPS

PINTO PRODUCTS, INC. (MICHIGAN COR-
PORATION)
2525 MILLER ROAD
KALAMAZOO, MI 49001

FOR: MACHINE USED TO MANUFACTURE
CLIP-ON SUNGLASSES, IN CLASS 7 (U.S. CLS. 13,
19, 21, 23, 31, 34 AND 35).

FIRST USE 4-13-2004; IN COMMERCE 4-13-2004.

FOR: CLIP-ON SUNGLASSES, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

FOR: RETAIL OUTLETS FEATURING CLIP-ON
SUNGLASSES, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 3-1-2003; IN COMMERCE 3-1-2003.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CLIPS", APART FROM THE MARK
AS SHOWN.

SN 76-461,797, FILED 10-21-2002.

ANN LINNEHAN, EXAMINING ATTORNEY

# EXHIBIT O



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 15 04:14:43 EDT 2006*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | BEI POLAR CLIPS |
| **Goods and Services** | IC 007. US 013 019 021 023 031 034 035. G & S: Machine used to manufacture clip-on sunglasses. FIRST USE: 20040413. FIRST USE IN COMMERCE: 20040413 |
| | IC 009. US 021 023 026 036 038. G & S: Clip-on sunglasses. FIRST USE: 20030301. FIRST USE IN COMMERCE: 20030301 |
| | IC 035. US 100 101 102. G & S: Retail outlets featuring clip-on sunglasses. FIRST USE: 20030301. FIRST USE IN COMMERCE: 20030301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.05.03 - Sun representing a human face or an animal<br>16.03.07 - Contact lenses; Eyeglasses; Frames, eyeglass; Glasses, eye; Glasses, safety; Goggles; Lenses, optical, and spectacle; Monocles; Safety goggles; Spectacles; Sunglasses |
| **Serial Number** | 78671357 |
| **Filing Date** | July 15, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) BEI Franchising, Inc. CORPORATION MICHIGAN 2525 Miller Road Kalamazoo MICHIGAN 49001 |
| **Attorney of Record** | Marisa D. Faunce, Esq. |
| **Prior Registrations** | 2867496;2880072 |

| | |
|---|---|
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLIPS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The mark consists of the phrase BEI POLAR CLIPS with a sun that has a face and is wearing sunglasses. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY