1  McDERMOTT WILL & EMERY LLP
   DAVID S. BLOCH, State Bar No. 184530
2  JOHN A. LEE, State Bar No. 229911
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:    650-813-5000
4  Facsimile:    650-813-5100
   Email:        dbloch@mwe.com
5                jlee@mwe.com

6  Attorneys for Plaintiff
   DIOPTICS MEDICAL PRODUCTS, INC.
7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11
   DIOPTICS MEDICAL PRODUCTS, INC.,        Case No. C-06-02643 (MMC)
12 a California corporation,
                                           **CONSENT MOTION TO ENLARGE**
13             Plaintiff,                   **TIME AND ORDER EXTENDING DATE**
                                           **FOR ALL DATES SET FORTH IN THE**
14     v.                                   **APRIL 19, 2006, ORDER SETTING**
                                           **INITIAL CASE MANAGEMENT**
15 BEI FRANCHISING, INC.,                   **CONFERENCE AND ADR DEADLINES**
   a Michigan corporation,                 **AND [~~PROPOSED~~] ORDER**
16
               Defendant.                  Date:      August 18, 2006
17                                         Time:      9:00 a.m.
                                           Courtroom: 7, 19th Floor
18                                         Before:    Honorable Maxine M. Chesney

19

20

21

22

23

24

25

26

27

28

1

## NOTICE OF MOTION AND MOTION

2

TO DEFENDANT BEI FRANCHISING AND ITS ATTORNEYS OF RECORD:

3

      PLEASE TAKE NOTICE that on August 18, 2006 at 9:00 a.m. or soon thereafter as the

4

matter may be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San

5

Francisco, California, 94102, plaintiff DIOPTICS MEDICAL PRODUCTS, INC., will, and

6

hereby does, move this Court for an order extending the dates of the Court's April 19, 2006 Order

7

Setting Initial Case Management Conference and ADR Deadlines.   This consent motion will be

8

based on the attached memorandum of points and authorities, the documents and records on file with

9

the Court in this action, without oral argument as this motion is consented by defendant BEI

10

Franchising, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

Dioptics Medical Products, Inc., ("Dioptics") is the owner of several registered trademarks incorporating "Polar" in Trademark International Classification Code 009.  On April 19, 2006 Dioptics filed suit against BEI alleging that BEI's registered marks and graphics mark application infringed Dioptics's Polar Family of Marks.  *See* Complaint, ¶¶14-18.  The parties have been in settlement negotiations.  Dioptics files this consent motion for an extension of the due dates set forth in the Court's April 19, 2006 Order Setting Initial Case Management Conference and ADR Deadlines by 45 days as indicated in the chart below or such other date as may be set by the Court.

BEI consents to this motion.  Lee Decl, ¶ 4, Ex. A.  The parties have not filed a joint stipulation because BEI's Counsel, Mr. Benjamin B. Reed, is not admitted to practice law in the State of California and is not admitted *Pro Hac Vice* in this proceeding.

| Date | Proposed Date | Event |
|------|---------------|-------|
| 7/14/2006 | 8/28/2006 | Last day to:<br>  o  meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>  o  file ADR Certification Signed by Parties and Counsel<br>  o  file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| 7/28/2006 | 9/11/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Conference Statement, and file Rule 26(f) Report |
| 8/4/2006 | 9/18/2006 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 7, 19th Floor at 10:30 AM |

Accordingly, Dioptics requests at the Court's earliest convenience that the Court grant Dioptics's motion to extend the due dates as indicated in the chart above, without the need for oral argument since BEI consents to this motion.

1   DATED: July 11, 2006                     Respectfully submitted,

2                                            McDERMOTT WILL & EMERY LLP

3                                            By_____/s/ John A. Lee_____

4                                               David S. Bloch
                                                John A. Lee
5
                                             Attorneys for Plaintiff
6                                            DIOPTICS MEDICAL PRODUCTS, INC.

7

8

9                               ~~[PROPOSED]~~ ORDER

10        Good cause appearing therefore, it is hereby ORDERED all dates and deadlines set forth in

11   the April 19, 2006 Order Setting Initial Case Management Conference and ADR Deadlines

12   are extended ~~for 45 days~~ as indicated in the chart below.

13

| New Date | Event |
|---|---|
| 8/28/2006 | Last day to:<br>○ meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>○ file ADR Certification Signed by Parties and Counsel<br>○ file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| ~~9/11/2006~~<br>9/22/2006 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Conference Statement, and file Rule 26(f) Report |
| ~~9/18/2006~~<br>9/29/2006 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm 7, 19th Floor at 10:30 AM |

21

22             IT IS SO ORDERED.

23

24   DATED:  ___July 14, 2006_____

25                                            Honorable Maxine M. Chesney, Judge
                                             United States District Court
26

27

28   MPK 111779-1.070302.0028