McDERMOTT WILL & EMERY LLP
DAVID S. BLOCH, State Bar No. 184530
JOHN A. LEE, State Bar No. 229911
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    650-813-5000
Facsimile:    650-813-5100
Email:        dbloch@mwe.com
              jlee@mwe.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>BEI FRANCHISING, INC., a Michigan corporation,<br><br>              Defendant. | Case No. C-06-02643 (MMC)<br><br>**CONSENT MOTION TO ENLARGE TIME AND ORDER EXTENDING CERTAIN DUE DATES AND [PROPOSED] ORDER**<br><br>Date:         November 3, 2006<br>Time:         9:00 a.m.<br>Courtroom:    7, 19th Floor<br>Before:       Honorable Maxine M. Chesney |

## NOTICE OF MOTION AND MOTION

TO DEFENDANT BEI FRANCHISING AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 3, 2006 at 9:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, plaintiff DIOPTICS MEDICAL PRODUCTS, INC. ("Dioptics"), will, and hereby does, move this Court for an order to extend the date for defendant BEI FRANCHISING, INC. ("BEI"), to answer Dioptics's complaint and the date for the parties to: (i) meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan; (2) file the ADR Certification Signed by Parties and Counsel; and, (3) file either a Stipulation to the ADR Process or a Notice of Need for ADR Phone Conference. This consent motion will be based on the attached memorandum of points and authorities, the documents and records on file with the Court in this action, without oral argument, as defendant BEI consents to this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Dioptics Medical Products, Inc., is the owner of several registered trademarks incorporating "Polar" in Trademark International Classification Code 009. On April 19, 2006 Dioptics filed suit against BEI alleging that BEI's registered marks and graphics mark application infringed Dioptics's Polar Family of Marks. *See* Complaint, ¶¶14-18. The parties have been in settlement negotiations and are close to finalizing a settlement agreement. Dioptics files this consent motion for an extension of the deadlines listed in the below chart.

BEI consents to this motion. Lee Decl, ¶ 2, Ex. A. The parties have not filed a joint stipulation because BEI's counsel, Mr. Benjamin B. Reed, is not admitted to practice law in the State of California and is not admitted *Pro Hac Vice* in this proceeding.

| Date | Proposed Date | Event |
|---|---|---|
| 09/22/2006 | 10/06/2006 | o Last day for Defendant BEI to answer Plaintiff Dioptics's complaint |
| 09/22/2006 | 10/06/2006 | Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification Signed by Parties and Counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

Accordingly, Dioptics's requests that at the Court's earliest convenience the Court grants Dioptics's motion to extend the due dates as indicated in the chart above, without the need for oral argument since BEI consents to this motion.

DATED: September 22, 2006

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By___/s/ John A. Lee_____
   David S. Bloch
   John A. Lee

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

## [PROPOSED] ORDER

Good cause appearing therefore, it is hereby ORDERED that all dates and deadlines are extended as indicated in the chart below.

| New Date | Event |
|---|---|
| 10/06/2006 | o Last day for Defendant BEI to answer Plaintiff Dioptics's complaint |
| 10/06/2006 | Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification Signed by Parties and Counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

IT IS SO ORDERED.

DATED: September 25, 2006

_____
Honorable Maxine M. Chesney, Judge
United States District Court

MPK 115454-1.070302.0028