IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., | No. C-06-2643 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BEI FRANCHISING, INC., | |
| Defendant. | |

In their consent motion to enlarge time, filed September 22, 2006, the parties represent that they are "close to finalizing a settlement agreement." (See Consent Motion at 3.) As there appears to be no reason to hold a case management conference at this time, the September 29, 2006 case management conference is hereby CONTINUED to January 5, 2007 at 10:30 a.m. A joint case management statement shall be filed no later than December 29, 2006.

**IT IS SO ORDERED.**

Dated: September 27, 2006

MAXINE M. CHESNEY
United States District Judge