-1-

1  McDERMOTT WILL & EMERY LLP
   DAVID S. BLOCH, State Bar No. 184530
2  JOHN A. LEE, State Bar No. 229911
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:     650-813-5000
4  Facsimile:      650-813-5100
   Email:           dbloch@mwe.com
5                   jlee@mwe.com

6  Attorneys for Plaintiff
   DIOPTICS MEDICAL PRODUCTS, INC.
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 DIOPTICS MEDICAL PRODUCTS, INC.,          Case No. C-06-02643 (MMC)
   a California corporation,
12                                            **CONSENT MOTION TO ENLARGE
                       Plaintiff,             TIME AND ORDER EXTENDING
13                                            CERTAIN DUE DATES AND
           v.                                 [PROPOSED] ORDER**
14
   BEI FRANCHISING, INC.,                     Date:          December 1, 2006
15 a Michigan corporation,                    Time:          9:00 a.m.
                                              Courtroom:  7, 19th Floor
16                     Defendant.             Before:        Honorable Maxine M. Chesney

17

18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF MOTION AND MOTION

TO DEFENDANT BEI FRANCHISING AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 1, 2006 at 9:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, 94102, plaintiff DIOPTICS MEDICAL PRODUCTS, INC. ("Dioptics"), will, and hereby does, move this Court for an order to extend the date for defendant BEI FRANCHISING, INC. ("BEI"), to answer Dioptics's complaint and the date for the parties to: (i) meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan; (ii) file the ADR Certification Signed by Parties and Counsel; and, (iii) file either a Stipulation to the ADR Process or a Notice of Need for ADR Phone Conference.  This consent motion will be based on the attached memorandum of points and authorities, the documents and records on file with the Court in this action, without oral argument, as defendant BEI consents to this motion.

**MOTION TO ENLARGE TIME AND ORDER EXTENDING CERTAIN DUE DATES**                    -2-                    **CASE NO. C-06-02643 (MMC)**

**MEMORANDUM OF POINTS AND AUTHORITIES**

Dioptics Medical Products, Inc., is the owner of several registered trademarks incorporating "Polar" in Trademark International Classification Code 009. On April 19, 2006 Dioptics filed suit against BEI alleging that BEI's registered marks and graphics mark application infringed Dioptics's Polar Family of Marks. *See* Complaint, ¶¶14-18. The parties have been in settlement negotiations and are close to finalizing a settlement agreement. Dioptics files this consent motion for an extension of the deadlines listed in the below chart.

BEI consents to this motion. Lee Decl., ¶¶ 3 and 6, Ex. A. The parties have not filed a joint stipulation because BEI's counsel, Mr. Benjamin B. Reed, is not admitted to practice law in the State of California and is not admitted *Pro Hac Vice* in this proceeding.

| Date | Proposed Date | Event |
|---|---|---|
| 10/20/2006 | 12/1/2006 | o Last day for Defendant BEI to answer Plaintiff Dioptics's complaint |
| 10/20/2006 | 12/1/2006 | Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification Signed by Parties and Counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

Accordingly, Dioptics's requests that at the Court's earliest convenience the Court grants Dioptics's motion to extend the due dates as indicated in the chart above, without the need for oral argument since BEI consents to this motion.

DATED: October 20, 2006                   Respectfully submitted,

McDERMOTT WILL & EMERY LLP


By____/s/ John A. Lee_____
    David S. Bloch
    John A. Lee

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

# [~~PROPOSED~~] ORDER

Good cause appearing therefore, it is hereby ORDERED that all dates and deadlines are extended as indicated in the chart below.

| New Date | Event |
|---|---|
| 12/1/2006 | o Last day for Defendant BEI to answer Plaintiff Dioptics's complaint |
| 12/1/2006 | Last day to:<br>o meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br>o file ADR Certification Signed by Parties and Counsel<br>o file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

IT IS SO ORDERED.

DATED: October 23, 2006

*[signature]*
Honorable Maxine M. Chesney, Judge
United States District Court

MPK 116860-1.070302.0028