Dated: December 4, 2006

*IT IS SO ORDERED*
*/s/ Maxine M. Chesney*
Judge Maxine M. Chesney

WINSTON & STRAWN LLP
David S. Bloch (SBN: 184530)
Jennifer A. Golinveaux (SBN: 203056)
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:  415-591-1000
Facsimile:  415-591-1400
Email: dbloch@winston.com
       jgolinveaux@winston.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOPTICS MEDICAL PRODUCTS, INC., a California corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>BEI FRANCHISING, INC., a Michigan corporation,<br><br>           Defendant. | Case No. C-06-02643 (MMC)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF DIOPTICS MEDICAL PRODUCTS, INC.** |

**PLEASE TAKE NOTICE** of the substitution of Winston & Strawn LLP for McDermott Will & Emery LLP as counsel of record for plaintiff Dioptics Medical Products, Inc. in this matter.

Please take further notice of the contact information for Winston & Strawn LLP:

>David S. Bloch (dbloch@winston.com)
>Jennifer A. Golinveaux (jgolinveaux@winston.com)
>WINSTON & STRAWN LLP
>101 California Street
>San Francisco, CA 94111-5894
>Telephone: (415) 591-1000
>Facsimile: (415) 591-1400

Dated:  December 1, 2006                    WINSTON & STRAWN, LLP

                                            By: _____/s/_____
                                                David S. Bloch
                                                Jennifer A. Golinveaux
                                                Attorneys for Plaintiff
                                                DIOPTICS MEDICAL PRODUCTS, INC.