Dated: January 3, 2007



IT IS SO ORDERED

Judge Maxine M. Chesney

WINSTON & STRAWN LLP
David S. Bloch (SBN: 184530)
Jennifer A. Golinveaux (SBN: 203056)
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email: dbloch@winston.com
         jgolinveaux@winston.com

Attorneys for Plaintiff
DIOPTICS MEDICAL PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DIOPTICS MEDICAL PRODUCTS, INC.,
a California corporation,

                              Plaintiff,

        v.

BEI FRANCHISING, INC.,
a Michigan corporation,

                              Defendant.

Case No. C-06-02643 (MMC)

**VOLUNTARY DISMISSAL WITH PREJUDICE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT, a confidential settlement having been reached by the

parties hereto, Plaintiff Dioptics Medical Products, Inc., voluntarily dismisses the above-captioned

action with prejudice pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

Dated: January 2, 2007

WINSTON & STRAWN, LLP

By: _____
    David S. Bloch
    Jennifer A. Golinveaux
    Attorneys for Plaintiff
    DIOPTICS MEDICAL PRODUCTS, INC.

1